Magistrate Judge Michelle L. Peterson

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

UNITED STATES OF AMERICA,

Plaintiff,

v.

ZACHARY DANIEL ENTZ,

Defendant.

CASE NO.    MJ22-362

COMPLAINT for VIOLATION

Title 18, U.S.C., Section 751(a)

15

16

17

18

19

BEFORE the Honorable Michelle L. Peterson, United States Magistrate Judge,

U.S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

20

**COUNT ONE**

21

**Escape from Custody**

22

On or about June 24, 2022, in King County, within the Western District of

23

Washington, ZACHARY DANIEL ENTZ knowingly escaped the custody of the Federal

24

Bureau of Prisons while housed at Pioneer Fellowship House, a residential reentry center

25

located in Seattle, Washington, an institution and facility where he was lawfully confined

26

at the direction of the Attorney General by virtue of a judgment and commitment of the

27

Complaint – 1
*United States v. Entz*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

United States District Court for the Western District of Washington dated August 1, 2017, after having pled guilty to access device fraud, in violation of 18 U.S.C. § 1029(a)(2), and aggravated identity theft, in violation of 18 U.S.C. § 1028A.

All in violation of Title 18, United States Code, Section 751(a).

The complainant states that this Complaint is based on the following information:

I, Justin Strock, being first duly sworn on oath, depose and say:

## INTRODUCTION

1.      I, Justin Strock, am a Criminal Investigator/Deputy U.S. Marshal assigned to the Western District of Washington, Seattle Office. I began my employment with the U.S. Marshals Service in 2010. I graduated from the Criminal Investigators Training Program at the Federal Law Enforcement Training Center and the U.S. Marshals Service Training Academy. I am currently assigned to the Pacific Northwest Violent Offender Task Force where my primary responsibility has been fugitive investigations and apprehensions. I have been the case agent for many high-risk, violent, and high-profile fugitive cases. I have used various methods to conduct in-depth and intricate investigations to locate and apprehend fugitives.

2.      This affidavit is made in support of a criminal complaint charging ZACHARY DANIEL ENTZ with the offense of Escape from Custody in violation of Title 18, United States Code, Section 751(a).

3.      The facts set forth in this Affidavit are based on my own investigation; conversations with other law enforcement officers and witnesses; and my review of the evidence; all in accordance with my training and experience. This affidavit is intended to set forth the relevant facts for a fair determination of probable cause and does not set forth all of my knowledge about this matter.

## SUMMARY OF PROBABLE CAUSE

4.      According to public court records in case CR16-327JCC, in the United States District Court for the Western District of Washington, on April 10, 2017,

Complaint – 2
*United States v. Entz*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ZACHARY DANIEL ENTZ pled guilty to Access Device Fraud, in violation of

18 U.S.C. § 1029(a)(2), and Aggravated Identity Theft, in violation of 18 U.S.C.

§ 1028A. On August 1, 2017, United States District Judge John C. Coughenour sentenced

ZACHARY DANIEL ENTZ to 78 months of imprisonment and committed him to the

custody of the United States Marshals Service, the Bureau of Prisons, and the United

States Attorney General.

5.	On or about May 13, 2022, while still in the custody of the Bureau of

Prisons, ENTZ signed a Furlough Application to transfer the balance of his sentence of

imprisonment from LOMPOC USC in Lompoc, California, to the Pioneer Fellowship

House in Seattle, Washington. By signing the application, ENTZ agreed that he

understood "that if approved, I am only authorized to be in the area of the destination

shown above [i.e., Pioneer Fellowship House] and at ordinary stopovers or points on a

direct route to or from that destination. I understand that my furlough only extends the

limits of my confinement and that I remain in the custody of the Attorney General of the

United States. If I fail to remain within the extended limits of this confinement, it shall be

deemed as escape from the custody of the Attorney General, punishable as provided in

Section 751 of Title 18, United States Code."

6.	The Pioneer Fellowship House located at 220 11th Avenue, Seattle,

Washington, is a residential reentry center (RRC) that facilitates the transition of federal

inmates from imprisonment to release into the community. When a federal inmate serves

part of their sentence of imprisonment at the RRC, that time is considered within their

period of imprisonment.

7.	On or about May 24, 2022, the Bureau of Prisons transferred ENTZ from

the United States Penitentiary in Lompoc, California, to the Pioneer Fellowship House in

Seattle, Washington, to continue to serve his 78-month term of imprisonment. At the time

of his transfer to the Pioneer Fellowship House, ENTZ was projected to complete his

sentence of imprisonment on August 23, 2022.

Complaint – 3
*United States v. Entz*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

8.      After ENTZ arrived at the Pioneer Fellowship House, staff members reviewed multiple forms with ENTZ. One of these forms is labeled "Escape/Abscond Consequences." The form expressly warned ENTZ that if he "[f]ails to return to the RRC at the time designated" or "[i]s unaccounted for by RRC staff," he will be considered to have escaped and placed on escape status. ENTZ signed this form on May 27, 2022.

9.      The shift log from the Pioneer Fellowship House reflects the following chronology on the morning of June 24, 2022. At approximately 12:49 am, ENTZ called and stated he was "out of triage and is waiting to be seen in an hour or within the hour." At approximately 1:30 am, ENTZ called and stated that he was "getting ready to have a Cat scan done and he would call after the procedure was finished." At approximately 2:45 am, ENTZ called again and stated that he was "waiting for his test results and would be calling back to Fellowship House." At that time, the shift log notes that "ENTZ phone is unable to accept calls at this time." At approximately 4:10 am, RRC staff contacted St. Anne's Hospital to inquire about the status of ENTZ. "Pam, the emergency receptionist informed staff that he was discharged at about" 1:00 am. RRC staff then attempted to contact the cell phone number on file for ENTZ again, and the phone was still unable to receive calls. At approximately 7:21 am, ENTZ was placed on escape status because his whereabouts were unknown. At approximately 7:45 am, the United States Marshals Service received a "Notice of Escaped Federal Prisoner" form for ENTZ.

10.     According to Peter Milosovich, Director for Pioneer Human Services at the Pioneer Fellowship House, on July 8, 2022, ENTZ left a voicemail requesting that a person named Natasha Chambers be allowed to pick up ENTZ's property. ENTZ also stated that he had an upcoming medical appointment for surgery and planned to turn himself in afterward.

11.     ENTZ has not been apprehended in this matter and has not made any attempts to turn himself in to law enforcement. His current whereabouts are unknown.

Complaint – 4
*United States v. Entz*

Based on the above facts, I respectfully submit that there is probable cause to believe that ZACHARY DANIEL ENTZ did knowingly and intentionally commit the crime of Escape from Custody, in violation of Title 18, United States Code, Section 751(a).

_Justin G. Strock_
JUSTIN STROCK, Complainant
Deputy United States Marshal

The above agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit by telephone on this 5th day of August, 2022. Based on the Complaint and the sworn statement, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 5th day of August, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

Complaint – 5
*United States v. Entz*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970